LAW OFFICES OF NOLAN KLEIN, P.A.                    ATTORNEYS & COUNSELORS

112 W. 34TH STREET, SUITE 1800
NEW YORK, NY 10120
PH: (646) 560-3230

5550 GLADES ROAD, SUITE 500
BOCA RATON, FL 33431
PH: (954) 745-0588

www.nklegal.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/28/2023

Nolan Klein, Esq.
klein@nklegal.com

November 28, 2023

**VIA ECF**

Honorable Magistrate Judge Stewart D. Aaron
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1970
New York, New York 10007

Request GRANTED. The Initial Pretrial Conference is hereby adjourned until 2:00 pm on 12/1/2023. The parties shall submit their past due Case Management Plan by 5 pm on 11/29/2023.  SO ORDERED.
Dated: November 28, 2023

   Re:   *Slade v. Vacaville Fruit Co., Inc.*
         SDNY Case No.: 1:23-cv-07380

Dear Judge Aaron,

   This law firm represents the Defendant, Vacaville Fruit Co., Inc., in connection with the above-captioned matter. An initial pretrial conference is scheduled for December 1, 2023 at 11:00 a.m.

   Counsel for Defendant has a scheduling conflict on the same date and time. Counsel is set to appear at a previously scheduled hearing in another matter, set for the same day at 11:00 a.m. The case is Kunkle v. Pure Prescriptions, Inc., SDNY Case No. 1:23-cv-05514. As such, Defendant respectfully requests that this Court adjourn the conference to an alternate date and time. This is our first request for an adjournment of this conference, and the request will not prejudice any parties or affect any other scheduled dates. Counsel for Plaintiff has no objection to the relief requested herein. The parties can propose the following alternate dates based upon their mutual availability for the conference: December 1 or December 15, any time after 1:00 pm on either day.

   We thank the Court for your time and consideration in this matter.

                              Respectfully Submitted,

                              **Law Offices of Nolan Klein, P.A.**

                              By:  */s/ Nolan K. Klein*
                                   NOLAN K. KLEIN
                                   (NK4223)

NKK/amd
cc:   Dan Shaked, Esq. (via ECF)